FORM A—To be used by a prisoner filing a complaint under the
Civil Rights Act, 42 U.S.C. § 1983

# FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

APR 2 4 2007

CLERK

*Robert F Baker,*

*Plaintiff*

_____

_____

_____

(Enter above the full name of
the plaintiff or plaintiffs
in this action.)

CIV 07 - 4056

v.

COMPLAINT

*Director Vinnekings,*
*Medical Dept, & Cottage*
*D Supervisors of the*
*Yankston State Training*
*School, Defendants.*

(Enter above the full name of
the defendant or defendants
in this action, if known.)

(Note:  If there is more than one plaintiff, a separate sheet
should be attached giving the information in Parts I, II, and III
for each plaintiff, by name. Remember, all plaintiffs must sign
the complaint.)

5

I.  A.  Place of Present Confinement *Douglas County Jail*
    B.  Parties to this civil action:
*1986-87 Plankinton State Training School*
Please give your commitment name and any other name(s)
you have used while incarcerated.

(1)  Plaintiff *Robert F Baker*          Registr. No. *1385914*

Address *711 South 17th St, Omaha, NE 68102*

_____

Additional plaintiff's Registr. No. and address:

*1230 Edgewood Blvd, Papillion, NE 68046*

_____

(2)  Defendant *Director Vanakamp   et al*

is employed as *supervisors*   at *Plankinton State Training School*

Additional defendant's employment: _____

_____

_____

II.  Previous Civil Actions

A.  Have you begun other lawsuits in state or federal court
dealing with the same facts involved in this action?
Yes ___  No ✓

(1)  Title:_____
          (Plaintiff)          (v.)          (Defendant)

(2)  Date filed_____

(3)  Court where filed_____
     (specify if the court was state or federal and
the level of the court)

(4)  Court number and citation_____

(5)  Name of judge to whom the case was assigned_____

(6)  Basic claim made_____

6

(7)   Date of disposition_____

(8)   Disposition_____
                    (pending) (on appeal) (resolved)

(9)   If decided by the court, state whether for plaintiff or
      defendant_____

(10)  Approximate date of filing_____

(11)  Approximate date of judgment_____

For additional cases, provide the above information in the
same format on a separate page.


B.  Have you begun other cases in state or federal courts
relating to the conditions of your treatment while in
confinement?    Yes ___  No ___


III.  Grievance Procedure

    A.   Does your institution have an administrative or
    grievance procedure?  Yes ___  No ___

    B.   Did you present the facts relating to your complaint
    through the administrative or grievance procedure?
         Yes ___ No ___

    C.   What was the result?_____

    _____

    D.   If you did not file a grievance, state the
             reasons_____

    _____

    _____

    E.   Please attach any responses as exhibits to this
    complaint.

    F.   If there is not prisoner grievance procedure at your
    institution, did you complain to prison authorities?
         Yes ___  No ✓

                                                          7

G.   If your answer to F is yes,

    A.   What steps did you take and what was the result?_____

_____

IV.   Jurisdiction

A.   Is this complaint brought for a violation of your federal constitutional rights by a person employed by the state, county, or municipal government or acting with such government officials?  Yes _✓_  No ___

    If "yes," please state the agency the official(s) is/are employed by or why you believe the defendant(s) was/were acting in conjunction with government officials: _____

_Yankton State Training School is a_

_State ran & operated facility_

_____

_____

_____

B.   Is this complaint brought for a violation of state or local law?  Yes _✓_  No ___

    If so, please specify (without alleging any supporting facts) the state law(s) you believe was/were violated__
_State tort laws_

_____

Is/are the defendant(s) residents of the same state as you?  Yes ___  No _✓_

If not, specify what state _Yankton, SD_

_____

8

V.   Statement of Claim:

(State here as briefly as possible the **FACTS** of your case.
You must state exactly what each defendant personally did,
or failed to do, that resulted in harm to you, and describe
the harm.   Include the names of other persons involved (for
example, other inmates), dates, and places of all events.
If you allege related claims, number and set forth each
claim in a separate paragraph.   Attach an extra sheet, if
necessary.   Unrelated claims should be raised in a separate
civil action.   Do not give legal arguments or cite cases or
statutes except in Part B below.

A. I had an injury, which was later diagnosed as appendicitis. The Medical Dept. failed to diagnose. I was treated badly, by staff and was told that I was faking my condition. I almost died had I not recieved proper attention due to the fact that the appendix had become infected. I was hospitalized. I suffered humiliation, severe pain & suffering, and deformation due to the fact that my condition had been neglected. The infection was so severe that the doctor could not even apply stiches after the operation because it was so infected.

B.   State briefly your legal theory or cite appropriate authority: _____

_Malpractice, Negligence, Cruel and Unusual Punishment, Breach of Duties, Gross Negligence, Failure to Diagnose & Provide Medical Treatment, Physical Suffering, Scarring, & Defamation_

VI.   Relief

A.   Do you request money damages?  Yes ✓  No ___

If so,

   1.   Did you lose any money from this incident? Yes ___  No ✓  If so, how much? _____

   2.   Did you receive a physical injury?  Yes ✓  No ___

   3.   What other harm did you experience from this incident? _____

   _Humiliation, Mental Anguish, Pain & Suffering_

   4.   State the amount of damages claimed _$1,500,000.00_

B.   Do you request a jury trial?  Yes ✓  No ___

C.   State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

_Award Punitive, Compensatory, & Pain & Suffering & mental anguish for the past, present, & future. Also award reasonable attorney fees and interest rates at the maximum legal rate. Appoint Counsel_

11

B.   State briefly your legal theory or cite appropriate authority: _____

_____

_____

_____

_____

_____

VI.   Relief

A.   Do you request money damages?  Yes ____  No ____

If so,

1.   Did you lose any money from this incident? Yes ____  No ____  If so, how much? _____

2.   Did you receive a physical injury?  Yes ___  No ___

3.   What other harm did you experience from this incident? _____

_____

_____

4.   State the amount of damages claimed _____

B.   Do you request a jury trial?  Yes ____  No ____

C.   State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

_____

_____

_____

_____

12

VII. Request for Appointment of Counsel

    A.    Do you want an attorney to represent you in presenting your claim to the court?  Yes ✓  No ___

    B.    Did someone help you in preparing this complaint?
Yes ___  No ✓  If so, state the person's name (optional)

    _____

    _____

    C.    Have you made any efforts to contact a private lawyer to determine if he or she would represent you in this
        action?   Yes ___  No ✓

    If so, state the name(s) and address(es) of each lawyer
    contacted_____

    _____

    _____

    If not, state your reasons_____

    _____

    _____

    _____

(Note:  This court has no funds with which to pay an attorney for handling this type of case.  Because of this, appointments are made only in cases where an attorney is greatly needed and the attorney is willing to take the case without expecting to receive any fee.)

    **I declare under penalty of perjury that the forgoing is true and correct.**

Signed this _16_ day of _April_____ , 20_07_.

    _____
        _Robert F. Baker_

    (Signature(s) of Plaintiff(s))

13